STATE OF CONNECTICUT *v.* EDWARD M. KEELAN
(10891)

LAVERY, LANDAU and HEIMAN, Js.

Argued January 8—decision released February 2, 1993

*Edward Keelan,* pro se, the appellant (defendant).

*James A. Killen,* assistant state's attorney, with whom, on the brief, was *Mary M. Galvin,* state's attorney, and *Frank McQuade,* supervisory assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.